IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT,
IN AND FOR COLLIER COUNTY, FLORIDA

CIVIL DIVISION

NANCY NIETER,    CASE NO.:

    Plaintiff,

v.

HOLIDAY CVS, L.L.C., d/b/a
CVS PHARMACY #5187,

    Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, NANCY NIETER, (hereinafter referred to as "Plaintiff"), by and through the undersigned attorneys, and hereby sues the Defendant, HOLIDAY CVS, L.L.C d/b/a CVS PHARMACY #5187, (herein referred to as "CVS Pharmacy"), and alleges:

## GENERAL ALLEGATIONS

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs and interest. (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. At all times material hereto, Plaintiff was and is a resident of Collier County, Florida and was and is *sui juris*.

1

3. At all times material hereto, the Defendant, HOLIDAY CVS, L.L.C., d/b/a CVS PHARMACY #5187 was a business registered to operate in the state of Florida and maintained a property for the regular transaction of its business in Collier County, Florida.

4. At all times material hereto, the Defendant, CVS Pharmacy, was in exclusive possession, custody, and control of the property located at 2375 Vanderbilt Beach Rd., Naples, FL 34109.

5. At all times material hereto, the Defendant expressly assumed responsibility for the maintenance of the aforementioned premises and had a duty to maintain same in a reasonably safe condition for the use of business invitees and guests.

6. Venue is proper in this Court as the Defendants conduct their business operations within Collier County, Florida and the incident giving rise to this action occurred in Collier County, Florida.

**FACTS GIVING RISE TO CAUSE OF ACTION**

7. On or about December 3, 2023, Plaintiff visited Defendants' premises located at the above address as a business invitee and/or guest on the Defendants' premises as indicated above.

8. At said time and place, Plaintiff was lawfully upon the premises of the Defendant who owed Plaintiff a nondelegable duty to exercise reasonable care for his safety.

9. This premise was, at that time and continues to be, in the custody of, and operated by, the Defendant.

10. At that time and place, the Plaintiff was entering the bathroom on the Defendant's premises when the door abruptly closed behind her, causing her to be propelled forward and fall on her shoulder

11. Upon information and belief, the mechanism intended to slow the closure of the door was in disrepair, and defendants knew or should have known of this condition.

12. As a result, Plaintiff suffered bodily injury.

## COUNT I

## PREMISES LIABILITY AS TO HOLIDAY CVS, L.L.C. D/B/A CVS PHARMACY #5187

Plaintiff hereby incorporates and re-alleges paragraphs 1 through 12 above as though they had been set forth herein and further states:

13. At all times material hereto, the Defendant by and through its employees, agents, and assigns, had a non-delegable duty to Plaintiff, as its business invitee, to maintain its premises in a reasonably safe condition, and to protect Plaintiff from dangers or defects about which the Defendant was or should have been aware, through the use of ordinary and reasonable care. The Defendant breached its duty to Plaintiff by committing one or more of the following acts or omissions:

   a. Failing to properly maintain the door's closing mechanism,

   b. Negligently failing to act reasonably under the circumstances,

   c. Failing to warn business invitees, such as plaintiff, that the door closes rapidly, and

   d. Failing to maintain any safe-guards to prevent injuries to business invitees, such as Plaintiff.

14. As a result, while Plaintiff was visiting Defendant's business, the door shut behind her and causing her to be propelled forward and to fall on her shoulder, causing her to sustain significant personal injuries.

15. As a direct and proximate result of the Defendant's negligence as alleged above, Plaintiff suffered injury including a permanent injury to the body as a whole, including but not

3

limited to pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, activation of a latent condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings in the past, and loss of ability to earn money in the future. These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, NANCY NIETER, demands judgment in her favor against the Defendant, HOLIDAY CVS, L.L.C., d/b/a CVS PHARMACY #5187, in excess of the minimum jurisdictional limits of this Court for compensatory damages, including incidental and consequential damages, post-judgement interest, costs, attorney's fees, and for any other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, NANCY NIETER, demands trial by jury on all issues triable as of right by jury.

By :/s/ *Ernesto G. Rivero*
Ernesto G. Rivero, Esq.
FBN: 1025648
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1000
Miami, FL 33126
Telephone:  786-598-5546
Facsimile:  786-598-5569
ERivero@forthepeople.com
varias@forthepeople.com
alicia.valle@forthepeople.com